# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2363

_____

Michael E. Acevedo,                          *
                                             *
          Appellant,                         *
                                             *   Appeal from the United States
     v.                                      *   District Court for the
                                             *   Eastern District of Missouri.
City of O'Fallon; Unknown Mayor,             *
City of O'Fallon, Missouri; Unknown          *   [UNPUBLISHED]
Chief of Police, City of O'Fallon,           *
Missouri; Robert Schrum, Police              *
Officer, # 034; Unknown Frye, Police         *
Officer, 224; Robert M. Wohler;              *
Larry Nesslage; County of St. Charles;       *
Ted House, Judge, 11th Judicial              *
Circuit, # 31870; Budget Towing,             *
                                             *
          Appellees.                         *

_____

Submitted: January 23, 2008
Filed: January 29, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Michael Acevedo appeals the district court's[1] preservice dismissal of his pro se action. Upon careful review of the record before the district court and Acevedo's appellate brief, we conclude that dismissal was proper. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.